UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAVID WEBB, | : |
| | : |
|   Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION |
| | : FILE NO: 1:18-cv-00378-SCJ-RGV |
| | : |
| LENNAR MULITFAMILY | : JURY TRIAL DEMANDED |
| COMMUNITIES, LLC, | : |
| | : |
|   Defendant. | : |
| | : |

_____

## **PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(1) of the Federal Rules of Civil Procedure, Plaintiff David Webb dismisses this action <u>without prejudice</u>.

This 1st day of March 2018.

                                            Respectfully submitted,

                                            GARY R. KESSLER, P.C.

                  By:   <u>/s/ Gary R. Kessler</u>
                          Gary R. Kessler
                          Georgia Bar No. 416562
                          3379 Peachtree Road, N.E., Suite 400
                          Atlanta, Georgia 30326
                          404-237-1020 (office)
                          <u>gkessler@martensonlaw.com</u>

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAVID WEBB, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION |
| | : FILE NO: 1:18-cv-00378-SCJ-RGV |
| | : |
| LENNAR MULITFAMILY COMMUNITIES, LLC, | : JURY TRIAL DEMANDED |
| | : |
| Defendant. | : |
| | : |

_____

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and foregoing **PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE** with the Clerk of the Court using the CM/ECF system, which will automatically send notice of such filing to the following attorneys of record:

Todd C. Duffield
Amy E. Jensen
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
amy.jensen@ogletreedeakins.com
todd.duffield@ogletreedeakins.com

*Counsel for Lennar Multifamily Communities, LLC*

This 1st day of March 2018

/s/ Gary R. Kessler_____
Gary R. Kessler, Esq.
*Attorney for Plaintiff*